MATTHEW ALLEN SARNOSKI, ESQ.
Nevada Bar No. 009176
msarnoski@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
***Attorney for Defendant,***
***Progressive Direct Insurance Company***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEANNETTE PRINCE, an individual; ANASTACIA HOLMES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio company; DOES I through X; and ROE COMPANIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-02586-GMN-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSING CASE WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Shane D. Cox, Esq. of the law firm of Cox & Wilson PLLC, attorney for Plaintiffs JEANNETTE PRINCE and ANASTACIA HOLMES, and Matthew Allen Sarnoski, Esq. of the law firm of Dennett Winspear, LLP, attorney for Defendant PROGRESSIVE DIRECT INSURANCE COMPANY, that the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

. . .

. . .

. . .

. . .

. . .

. . .

DW DENNETT WINSPEAR ATTORNEYS AT LAW

IT IS FURTHER STIPULATED that any and all hearings be vacated.

Dated this **6th** day of **November**, 2026.

**DENNETT WINSPEAR, LLP**

By **/s/ Matthew Allen Sarnoski**
MATTHEW ALLEN SARNOSKI, ESQ.
Nevada Bar No. 009176
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
***Attorney for Defendants***
***Progressive Direct Insurance Company***

Dated this 3rd day of November, 2026.

**COX & WILSON, PLLC**

By ______________________
SHANE D. COX, ESQ.
Nevada Bar No. 13852
939 S. Decatur Blvd.
Las Vegas, Nevada 89107
Telephone: (702) 805-8500
***Attorney for Plaintiffs***
***Jeannette Prince and Anastacia Holmes***

DENNETT WINSPEAR
ATTORNEYS AT LAW

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice,** with each party to bear its own costs and attorneys' fees.

The Clerk of Court is kindly directed to close the case.

**IT IS SO ORDERED:**

**DATED** this 6 day of November, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT